IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA     )
    )
      v.        )        Criminal Case No. 4:21CR84 (RCY)
    )
CARLOS GUERRA, *et al.*    )
    Defendants.    )
    )

## ORDER

This matter is before the Court on the Motion to Dismiss (ECF No. 92) filed by the United States. Although not expressly stated in the Motion to Dismiss, the Motion is filed pursuant to Federal Rule of Criminal Procedure 48(a), which provides that the United States "may, with leave of court, dismiss an indictment, information, or complaint." Having considered the Motion and having concluded that the Motion was not "made in bad faith" and that to grant the Motion would not be "clearly contrary to manifest public interest," *see United States v. Goodson*, 204 F.3d 508, 512 (4th Cir. 2000), the Court GRANTS the Motion to Dismiss (ECF No. 92). The Indictment (ECF No. 11) against all defendants is hereby DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and the United States Marshals Service.

                                /s/
                                Roderick C. Young
                                United States District Judge

Richmond, Virginia
Date: April 1, 2022